UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                    NO. CIV. S-08-1090 LKK/DAD

    Plaintiff,

  v.

BILLY C. MAHER, individually
and dba AIRBASE SELF STORAGE,
individually and as Trustee         O R D E R
of THE MAHER FAMILY TRUST OF
1988; BETTY L. MAHER,
individually and as Trustee
of THE MAHER FAMILY TRUST
OF 1988,

    Defendants.
_____/

    Pursuant to the hearing held on January 11, 2010 pertaining to the motion to withdraw filed by counsel for defendants Billy C. Maher (individually, doing business as Airbase Self Storage, and as Trustee of the Maher Family Trust of 1988) and Betty L. Maher (individually and as Trustee of the Maher Family Trust of 1988), the court orders as follows:

    1.    The motion to withdraw is GRANTED.

1

1   2.   Counsel is ORDERED to release all client papers and
2        property to clients within fourteen (14) days of the
3        date of this order, including correspondences,
4        pleadings, deposition transcripts, exhibits, physical
5        evidence, expert reports, and other items reasonably
6        necessary to the clients' representation, whether the
7        clients have paid for them or not, in accordance with
8        Rule 3-700(D) of the California Rules of Professional
9        Conduct.
10  3.   Counsel is ORDERED to serve a copy of this order on
11       defendants.
12  4.   Defendants are now proceeding in pro se.  In accordance
13       with local rule 302(c)(21), further proceedings will be
14       before Magistrate Judge Drozd, the magistrate judge to
15       whom this case has been assigned.
16  IT IS SO ORDERED.
17  DATED:  January 14, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT